UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA    §
                            §
                            §
                            §   ACTION NUMBER:
                            §   4:17-cv-01164
                            §
versus                      §
                            §
                            §
CHRIS C. ULASI, et al.      §
                            §
                            §

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | 09/15/2017 |
| --- | --- |
| Judgment in Favor of: | United States |
| Judgment Against: | Chris C. Ulasi |
| Amount of Judgment: | $1,013,228.60 |
| Amount of Costs: | $ |
| Rate of Interest: | % Tax Rate of Interest Per 26 USC Sections 6601 & 6621 |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT       **DAVID J. BRADLEY**

DATED: **NOV 0 8 2017**       By: _____
                                   Deputy Clerk

O:Houforms/Forms-Web

Return to:
Stephanie M. Page
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, Texas 75201
(214) 880-9749