IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:17-cv-01164 |
| Plaintiff, ) | |
| ) | |
| CHRIS ULASI, MICHAEL UMEORAH, ) | |
| ANGELA UMEORAH, and ) | |
| NINA U. DENCHUKWU, THE ) | |
| BANK OF NEW YORK MELLON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

_____

**UNITED STATES OF AMERICA'S MOTION FOR SUMMARY
JUDGMENT AGAINST MICHAEL UMEORAH
AND ANGELA UMEORAH AND BRIEF**
_____

Ryan K. Patrick
United States Attorney

/s/ Stephanie M. Page
STEPHANIE M. PAGE
Attorney, Tax Division
State Bar No. 13428240
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214-880-9749
214-880-9741
Stephanie.M.Page@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

i

# **TABLE OF CONTENTS**

I. INTRODUCTION AND OVERVIEW ..................................................................................1

II. STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDING.................1, 2

III. STATEMENT OF ISSUES TO BE DECIDED BY THE COURT ....................................2

IV. SUMMARY OF THE ARGUMENT ..............................................................................2, 3

V. STATEMENT OF MATERIAL FACTS............................................................................3

   A. Trust Fund Recovery Penalties ................................................................3, 4, 5, 6

   B. The Umeorahs' Joint Income Tax Liabilities ..................................................6

   C. The Umeorahs, Chris Ulasi and Nina Denchukwu formed Jubilee in 1998....................7, 8

   D. Operation of Jubilee ...........................................................................8, 9, 10, 11

   E. Michael Umeorah was a responsible party during the periods at issue including, when he was in Nigeria .....................................................................................11, 12, 13

   F. Angela Umeorah was a responsible party for the periods at issue including, when she was in Nigera.....................................................................................13, 14

   G. Angela and Michael Umeorah had signature authority over Jubilee's bank accounts 14, 15

   H. The Umeorahs filed 2004-2016 Income Tax Returns during the periods that they were in Nigeria.....................................................................................16

   I. Michael Willfully Failed to Collect, Account For or Pay Over the Trust Fund Taxes of Jubilee .................................................................................16, 17

   J. Angela Willfully Failed to Collect, Account For or Pay Over the Trust Fund Taxes of Jubilee .................................................................................17, 18

   K. The federal tax liens attach to the Umeorahs' property located at Old Windsor Way 18, 19

VI. STANDARD FOR GRANTING SUMMARY JUDGMENT...........................................19

   A. GENERAL STANDARD FOR MOTION FOR SUMMARY JUDGMENT ..............19, 20

   B. SUMMARY JUDGMENT IN SECTION 6672 CASES............................................20, 21

VII. STATUTES INVOLVED.................................................................................21

VIII. ARGUMENT AND AUTHORITIES ................................................................................. 21

    A. MICHAEL AND ANGELA UMEORAH WERE RESPONSIBLE PERSONS UNDER § 6672 FOR PAYMENT OF TRUST FUND TAXES FOR JUBILEE FOR EACH QUARTER ASSESSED, WHO WILLFULLY FAILED TO COLLECT, ACCOUNT FOR OR PAY OVER THOSE TAXES ............................................................................. 21, 22

    B. MICHAEL AND ANGELA UMEORAH ARE RESPONISIBLE PERSONS WITH RESPECT TO JUBILEE UNDER SECTION 6672 FOR EACH OF THE QUARTERS AT ISSUE ....................................................................................... 22, 23, 24, 25, 26

    C. MICHAEL AND ANGELA UMEORAH WILLFULLY FAILED TO COLLECT, ACCOUNT FOR OR PAY OVER THE TRUST FUND TAXES OF JUBILEE. 26, 27, 28

    D. THE UMEORAHS ARE LIABLE FOR THE INCOME TAX LIABILITIES ................. 28

    E. THE UNITED STATES IS ENTITLED TO FORECLOSE ITS TAX LIENS AGAINST THE UMEORAHS' REAL PROPERTY .................................................. 28, 29

    F. FORECLOSURE ON THE OLD WINDSOR WAY PROPERTY ................................. 29

    G. DISTRIBUTION OF SALES PROCEEDS ................................................... 29, 30

IX. CONCLUSION ....................................................................................... 30, 31

# **TABLE OF AUTHORITIES**

**FEDERAL CASES)**

Anderson v. United States, 561 F.2d 162, 165 (8th Cir. 1977) ...................................................22

*Arriondo v. United States,* 196 F.Supp.3d 708 (S.D. Tex. 2016) ............................................20, 22

*Barnett v. IRS*, 988 F.2d 1449, 1453-1457(5th Cir. 1993)..............................22, 23, 24, 25, 26, 27

*Behrman v. United States*, 179 F.Supp.3d 738, (E.D. Tex. 2016)............................................20, 27

*Celotex Corp. v. Catrett*, 477 U.S. 317, 106 S.Ct. 2548, 2552-54, 91 L.Ed.2d 265 (1986)..........20

*Colston v. Barnhart*, 146 F.3d 282, 284 (5th Cir.1998), *cert. denied*, 525 U.S. 1054, 119 S.Ct. 618, 142 L.Ed.2d 557 (1998) ................................................................................................................20

*Conway v. United States*, 647 F.3d 228, 234 (5th Cir. 2011) ...................................................21, 27

*Fitzmaurice v. United States,* 81 F.Supp.2d 741, 743 (S.D. Tex. 1999).........................................19

*Gustin v. United States*, 876 F.2d 485, 491-492 (5th Cir. 1989) ..............................................24, 27

*Hornsby v. IRS*, 588 F.2d 952, 953 (5th Cir. 1979) ........................................................................23

*Howard v. United States*, 711 F.2d 729, 734-737 (5th Cir. 1983)......................................23, 24, 27

*Hutchinson v. United States*, 962 F.Supp 965, 968 (N.D.Tex. 1997)............................................24

*In re Jubilee Group Homes, Inc.,* Case No. 07-33326 (Bankr. S.D. Tex 2007)..............................7

*Johnson v. United States*, 565 F.Supp. 253, 256-259 (S.D. Tex. 1983) ........................................23

*Lemoine v. New Horizons Ranch and Center, Inc.,* 174 F.3d 629, 633 (5th Cir.1999).................20

*Lencyk v. Internal Revenue Service*, 384 F.Supp.2d 1028, 1036 (W.D. Tex. 2005) ...............21, 27

*Liddon v. United States*, 448 F.2d 509, 513-14 (5th Cir. 1971).....................................................22

*Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir.1994) ......................................................20

*Logal v. United States*, 195 F.3d 229, 232 (5th Cir. 1999).......................................................24, 27

*Mazo v. United States*, 591 F.2d 1151, 1154-1155, 1157 (5th Cir. 1979) .............20, 22, 23, 26, 27

*McCallum Highlands, Ltd. v. Washington Capital Dus, Inc.*, 66 F.3d 89, 92 (5th Cir.1995) ........20

*McCarty v. United States,* 929 F.2d. 1085 (5th Cir. 1991) ..............................................................28

*Morgan v. United States*, 937 F.2d 281 (5th Cir. 1991) ...................................................................21

*Neckles v. United States*, 579 F.2d 938 (5th Cir. 1978) ....................................................................24

*Norman v. Apache Corp.*, 19 F.3d 1017, 1023 (5th Cir.1994) ........................................................20

*Rineer v. United States*, 594 F.Supp.2d (N.D. Tex. 2009) ................................................................21

*Rogers v. United States*, 2015 WL 1472342 (S.D. Tex. 2015) ........................................................23

*Slodov v. United States*, 436 U.S. 238, 242-245, 250 (1978) ....................................................21, 22

*Turnbull v. United States*, 929 F.2d 173, 178 (5th Cir. 1991) ............................................21, 22, 24

*United States v. Branch Coal Corp.*, 390 F.2d 7, 10 (3d Cir.), *cert. denied*, 391 U.S. 966 (1968) ...............................................................................................................................................29

*United States v. Heasley*, 283 F.2d 422 (8th Cir. 1960) ..................................................................29

*United States v. Hunwardsen*, 39 F.Supp. 2d 1157 (N.D. Iowa 1999) ...........................................29

*USLIFE Title Ins. Co. of Dallas v. Harbison*, 784 F.2d 1238, 1242-43 (5th Cir. 1986) ...............21

*Verret v. United States*, 542 F.Supp.2d 526, 534 (E.D. Tex. 2008), *aff'd unpublished opinion*, 312 Fed. Appx. (5th Cir. February 26, 2009) .........................................................21, 24

*Wood v. United States*, 808 F.2d 411, 415 (5th Cir. 1987) ..............................................................24

*Zarate v. United States*, 2012 WL 4482048 (S.D. Tex. 2012) ..................................................20, 27

## **FEDERAL STATUTES**

26 U.S.C. § 3102(a) ...........................................................................................................................21

26 U.S.C § 3402(a) ............................................................................................................................21

26 U.S.C. § 6321 ................................................................................................................................28

26 U.S.C. § 6322 ................................................................................................................................29

26 U.S.C. § 6601 ................................................................................................................................30

26 U.S.C. § 6621 ................................................................................................................................30

26 U.S.C. § 6671 ............................................................................................................................21

26 U.S.C. § 6672 .................................................................................2, 20, 21, 22, 24, 26, 27, 28, 30

26 U.S.C. § 6672(a) .......................................................................................................................21

26 U.S.C. § 7403 ............................................................................................................................29

26 U.S.C. § 7501(a) .......................................................................................................................21

28 U.S.C. § 1961(c) .......................................................................................................................30

28 U.S.C. § 2001 ............................................................................................................................29

FED. R. CIV. P. 56 ..........................................................................................................................20

FED. R. CIV. P. 56(c) .....................................................................................................................20

Treas. Reg. § 301.6321-1 ...............................................................................................................28

Treas. Reg. § 301.7403-1 ...............................................................................................................29