**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: DEC 20 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2003 consisting of 9 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

**Government Exhibit**

E

DOJ 000846

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted-0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2003

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------


03-27-2007 XREF 100% PENALTY
           941         200312
           Redacted 9521

           MISCELLANEOUS PENALTY                         56,178.64    05-14-2007
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           29254-510-52281-7  20071808

           ADDITIONAL TAX ASSESSED                           0.00    05-14-2007
           29254-510-52281-7  20071808

04-18-2007 XREF 100% PENALTY
           CVPN        200312
           Redacted 2132

08-06-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-05-2007 XREF 100% PENALTY
           CVPN        200312
           Redacted 0466

09-05-2007 XREF 100% PENALTY
           CVPN        200312
           Redacted 3384

10-04-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

FORM 4340  (REV. 01-2002)                 PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-12-2007 | FEDERAL TAX LIEN | | | |
| 05-13-2008 | RECEIVED POA/TIA | | | |
| 07-02-2008 | REMOVED POA/TIA | | | |
| 10-13-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-12-2009 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-13-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 01-03-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-04-2013 | RECEIVED POA/TIA | | | |
| | INTEREST ASSESSED 20134205 | 18,404.52 | | 11-04-2013 |
| | INTEREST ASSESSED 20144205 | 2,264.99 | | 11-03-2014 |
| 11-21-2014 | RECEIVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)             PAGE    2

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

                               ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT      DATE (23C,
                               (REVERSAL)    (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------


01-07-2015 REMOVED POA/TIA

           INTEREST ASSESSED                 2,379.34         11-09-2015
           20154205

04-19-2016 RECEIVED POA/TIA

04-20-2016 RECEIVED POA/TIA

04-13-2016 MISCELLANEOUS PENALTY           3,562.60-
           ADJUSTMENT
           82254-525-53010-6

02-08-2016 MISCELLANEOUS PENALTY           2,800.00-
           ADJUSTMENT
           82254-525-53030-6

02-05-2016 MISCELLANEOUS PENALTY           1,050.78-
           ADJUSTMENT
           82254-525-53036-6

04-15-2016 MISCELLANEOUS PENALTY           1,474.00-
           ADJUSTMENT
           82254-525-53045-6

FORM 4340  (REV. 01-2002)              PAGE    3
```

DOJ 000849

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                         EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2003

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                       (REVERSAL)     (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------


03-11-2016 MISCELLANEOUS PENALTY                      3,562.60-
           ADJUSTMENT
           82254-525-53089-6

02-08-2016 MISCELLANEOUS PENALTY                        186.00-
           ADJUSTMENT
           82254-525-53101-6

05-13-2016 MISCELLANEOUS PENALTY                      3,562.58-
           ADJUSTMENT
           29254-562-53008-6

05-23-2016 MISCELLANEOUS PENALTY                          0.02-
           ADJUSTMENT
           29254-562-53156-6

06-17-2016 FEDERAL TAX LIEN

06-23-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

06-13-2016 MISCELLANEOUS PENALTY                      3,562.60-
           ADJUSTMENT
           82254-596-53224-6

FORM 4340  (REV. 01-2002)               PAGE    4
```

DOJ 000850

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2003

                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------


07-07-2016 MISCELLANEOUS PENALTY                     3,562.60-
           ADJUSTMENT
           81254-637-53019-6

04-15-2015 MISCELLANEOUS PENALTY                     3,912.00-
           ADJUSTMENT
           81254-637-53098-6

08-17-2016 MISCELLANEOUS PENALTY                        16.68-
           ADJUSTMENT
           85254-659-53029-6

09-13-2016 MISCELLANEOUS PENALTY                     3,562.60-
           ADJUSTMENT
           83254-670-53036-6

           MISCELLANEOUS PENALTY                        16.68       08-17-2016
           87254-671-52050-6  20163905

08-17-2016 MISCELLANEOUS PENALTY                        16.68-
           ADJUSTMENT
           87254-671-53037-6

FORM 4340  (REV. 01-2002)               PAGE   5
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-18-2016 | MISCELLANEOUS PENALTY ADJUSTMENT 87254-722-53110-6 | | 3,562.60- | |
| 11-10-2016 | MISCELLANEOUS PENALTY ADJUSTMENT 87254-763-53111-6 | | 3,562.60- | |
| 12-14-2016 | MISCELLANEOUS PENALTY ADJUSTMENT 87254-763-53142-6 | | 3,562.60- | |
| 02-13-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-11-2017 | MISCELLANEOUS PENALTY ADJUSTMENT 29254-468-53092-7 | | 3,562.60- | |
| 04-17-2017 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-15-2017 | OVERPAID CREDIT APPLIED 1040      201612 | | | 616.00 |

FORM 4340  (REV. 01-2002)              PAGE    6

DOJ 000852

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-13-2017 | LEGAL SUIT PENDING | | | |
| 04-24-2017 | LEGAL SUIT PENDING | | | |
| 06-16-2017 | | | | |
| 07-10-2017 | SUBSEQUENT PAYMENT | | 150.00 | |
| 05-14-2007 | Statutory Notice of Balance Due | | | |
| 06-11-2007 | Statutory Notice of Intent to Levy | | | |
| 09-29-2008 | Statutory Notice of Balance Due | | | |
| 10-05-2009 | Statutory Notice of Balance Due | | | |
| 10-04-2010 | Statutory Notice of Balance Due | | | |
| 10-29-2012 | Statutory Notice of Balance Due | | | |
| 11-04-2013 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    7

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

                                     ASSESSMENT,     PAYMENT,    ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE (23C,
                                     (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due

06-13-2016 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    8
```

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003
-------------------------------------------------------------------------------


BALANCE        33,396.03
-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Janice Williams_

PRINT NAME:_____ Janice Williams
                    Accounting Operations Manager
TITLE:_____ Submission Processing
                    Service Wide Delegation of Authority
DELEGATION ORDER:___ Delegation Order 11-5_____.


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)              PAGE    9



**United States**        **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:  DEC 2 0 2017

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending June 30, 2004 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000856

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

MICHAEL UMEORAH                         EIN/SSN: Redacted 6340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 2004

                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------


            MISCELLANEOUS PENALTY                    18,808.07       04-16-2007
            IRC 6672 - TRUST FUND
            RECOVERY PENALTY
            29254-488-52022-7  20071408

            ADDITIONAL TAX ASSESSED                      0.00        04-16-2007
            29254-488-52022-7  20071408

03-27-2007 XREF 100% PENALTY
            CVPN        200406
            Redacted 3384

03-27-2007 XREF 100% PENALTY
            941         200406
            Redacted 9521

03-27-2007 XREF 100% PENALTY
            CVPN        200406
            Redacted 0466

03-27-2007 XREF 100% PENALTY
            CVPN        200406
            Redacted 2132

07-02-2007 MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

10-04-2007 INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE LEVY
            NOTICE ISSUED

FORM 4340  (REV. 01-2002)               PAGE    1

DOJ 000857

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: Redacted 0340

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-12-2007 | FEDERAL TAX LIEN | | | |
| 05-13-2008 | RECEIVED POA/TIA | | | |
| 07-02-2008 | REMOVED POA/TIA | | | |
| 10-13-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-12-2009 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-07-2010 | RECEIVED POA/TIA | | | |
| 06-10-2010 | RECEIVED POA/TIA | | | |
| 12-13-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 01-03-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20134205 | 6,315.36 | | 11-04-2013 |
| | INTEREST ASSESSED 20144205 | 762.97 | | 11-03-2014 |

FORM 4340  (REV. 01-2002)           PAGE   2

DOJ 000858

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 11-21-2014 | RECEIVED POA/TIA | | | |
| 01-07-2015 | REMOVED POA/TIA | | | |
| | INTEREST ASSESSED 20154205 | 801.48 | | 11-09-2015 |
| 04-19-2016 | RECEIVED POA/TIA | | | |
| 04-20-2016 | RECEIVED POA/TIA | | | |
| 06-17-2016 | FEDERAL TAX LIEN | | | |
| 07-11-2016 | FEES AND COLLECTION COSTS | 96.00 | | |
| 06-23-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 11-21-2016 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-24-2017 | SUBSEQUENT PAYMENT | | 150.00 | |
| 03-20-2017 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-17-2017 | MISCELLANEOUS PENALTY ADJUSTMENT 29254-488-53052-7 | 20.00- | | |

FORM 4340  (REV. 01-2002)              PAGE   3

DOJ 000859

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

MICHAEL UMEORAH                       EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2004

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------


04-17-2017 STATUTE EXPIRED -                           26,613.88
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           $          26,613.88-

04-10-2017 LEGAL SUIT PENDING

04-17-2017 BALANCE DUE REINSTATED                     (26,613.88)

06-16-2017

04-16-2007 Statutory Notice of Balance Due

05-14-2007 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   4
```

DOJ 000860

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                       EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2004

                                ASSESSMENT,      PAYMENT,     ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT      DATE (23C,
                                (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

06-13-2016 Statutory Notice of Intent to Levy

05-01-2017 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                PAGE    5
```

DOJ 000861

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: JUNE 2004
--------------------------------------------------------------------------


BALANCE        26,613.88

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Janice Williams
                    Accounting Operations Manager
TITLE:_____ Submission Processing
                    Service Wide Delegation of Authority
DELEGATION ORDER:_____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)              PAGE     6

DOJ 000862



**United States**      **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: DEC 2 0 2017

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2004 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000863

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2004

                                    ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                    (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------


           MISCELLANEOUS PENALTY                 72,745.71      04-16-2007
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           29254-488-52171-7  20071408

           ADDITIONAL TAX ASSESSED                 0.00        04-16-2007
           29254-488-52171-7  20071408

03-27-2007 XREF 100% PENALTY
           941        200412
           Redacted 9521

03-27-2007 XREF 100% PENALTY
           CVPN       200412
           Redacted 2132

03-27-2007 XREF 100% PENALTY
           CVPN       200412
           Redacted 3384

03-27-2007 XREF 100% PENALTY
           CVPN       200412
           Redacted 0466

07-02-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

10-04-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC   2004

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT      DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------


10-12-2007 FEDERAL TAX LIEN

05-13-2008 RECEIVED POA/TIA

07-02-2008 REMOVED POA/TIA

10-13-2008 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-12-2009 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-07-2010 RECEIVED POA/TIA

12-13-2010 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

01-03-2011 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-17-2011 RECEIVED POA/TIA

11-03-2010 MISCELLANEOUS PENALTY                    343.10-
           ADJUSTMENT
           81254-406-53089-1

FORM 4340  (REV. 01-2002)            PAGE    2
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                       (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------


           INTEREST ASSESSED                24,391.63            11-04-2013
           20134205

           INTEREST ASSESSED                 2,939.50            11-03-2014
           20144205

11-21-2014 RECEIVED POA/TIA

01-07-2015 REMOVED POA/TIA

           INTEREST ASSESSED                 3,087.91            11-09-2015
           20154205

04-19-2016 RECEIVED POA/TIA

04-20-2016 RECEIVED POA/TIA

06-17-2016 FEDERAL TAX LIEN

06-23-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

11-21-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-20-2017 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    3
```

DOJ 000866

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                     EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

                                    ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------


03-17-2017 MISCELLANEOUS PENALTY                 20.00-
           ADJUSTMENT
           29254-488-53112-7

04-17-2017 STATUTE EXPIRED -                                 102,801.65
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           $           102,801.65-

06-16-2017

04-14-2017 LEGAL SUIT PENDING

04-17-2017 BALANCE DUE REINSTATED                          (102,801.65)

04-16-2007 Statutory Notice of Balance Due

05-14-2007 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

DOJ 000867

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

                                     ASSESSMENT,    PAYMENT,    ASSESSMENT,
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT     DATE (23C,
                                     (REVERSAL)     (REVERSAL)  RAC 006 )
------------------------------------------------------------------------------

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due

06-13-2016 Statutory Notice of Intent to Levy

11-27-2017 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE     5
```

DOJ 000868

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004
--------------------------------------------------------------------


BALANCE        102,801.65

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Janice Williams*

PRINT NAME:_____ Janice Williams
                    Accounting Operations Manager
TITLE:_____  Submission Processing
                    Service Wide Delegation of Authority
DELEGATION ORDER:____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)              PAGE    6

DOJ 000869

**United States**  **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: DEC 20 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending March 31, 2005 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000870

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted 0340

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: MAR   2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | MISCELLANEOUS PENALTY IRC 6672 - TRUST FUND RECOVERY PENALTY 29254-488-52366-7   20071408 | | 68,727.89 | 04-16-2007 |
| | ADDITIONAL TAX ASSESSED 29254-488-52366-7   20071408 | | 0.00 | 04-16-2007 |
| 03-27-2007 | XREF 100% PENALTY 941         200503 Redacte 9521 | | | |
| 03-27-2007 | XREF 100% PENALTY CVPN        200503 Redacted 2132 | | | |
| 03-27-2007 | XREF 100% PENALTY CVPN        200503 Redacted 0466 | | | |
| 03-27-2007 | XREF 100% PENALTY CVPN        200503 Redacted 3384 | | | |
| 07-02-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-04-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)               PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                     EIN/SSN: `Redacted` 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: MAR  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-12-2007 | FEDERAL TAX LIEN | | | |
| 05-13-2008 | RECEIVED POA/TIA | | | |
| 07-02-2008 | REMOVED POA/TIA | | | |
| 07-25-2008 | FEDERAL TAX LIEN | | | |
| 08-18-2008 | FEES AND COLLECTION COSTS | 64.00 | | |
| 10-13-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-12-2009 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-07-2010 | RECEIVED POA/TIA | | | |
| 06-10-2010 | RECEIVED POA/TIA | | | |
| 12-13-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 01-03-2011 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20134205 | 23,091.03 | | 11-04-2013 |

FORM 4340  (REV. 01-2002)              PAGE    2

DOJ 000872

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: Redacted-0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: MAR  2005

                                ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------


           INTEREST ASSESSED                 2,790.36        11-03-2014
           20144205

11-21-2014 RECEIVED POA/TIA

01-07-2015 REMOVED POA/TIA

           INTEREST ASSESSED                 2,931.23        11-09-2015
           20154205

04-19-2016 RECEIVED POA/TIA

04-20-2016 RECEIVED POA/TIA

06-17-2016 FEDERAL TAX LIEN

06-23-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

11-21-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-28-2016 SUBSEQUENT PAYMENT                             150.00

03-20-2017 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)             PAGE    3
```

DOJ 000873

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: [Redacted] 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2005

                                     ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C.
                                     (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------


03-17-2017 MISCELLANEOUS PENALTY                    20.00-
           ADJUSTMENT
           29254-488-53035-7

04-17-2017 STATUTE EXPIRED -                                    97,434.51
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           $           97,434.51-

04-10-2017 LEGAL SUIT PENDING

04-17-2017 BALANCE DUE REINSTATED                             (97,434.51)

06-16-2017

04-16-2007 Statutory Notice of Balance Due

05-14-2007 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

DOJ 000874

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: [Redacted] 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR  2005

                                   ASSESSMENT,     PAYMENT,     ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                   (REVERSAL)      (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due

06-13-2016 Statutory Notice of Intent to Levy

05-01-2017 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    5
```

DOJ 000875

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted-0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2005
-------------------------------------------------------------------------------


BALANCE         97,434.51

    -----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Janice Williams
                       Accounting Operations Manager
TITLE:_____ Submission Processing
                       Service Wide Delegation of Authority
DELEGATION ORDER:_____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)                  PAGE    6
```

**United States**  **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:   DEC 20 2017

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a
true and complete transcript for the period stated, of all assessments, penalties, interest, abatements,
credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of
this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and
Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period
ending December 31, 2005 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000877

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
MICHAEL UMEORAH               EIN/SSN: [Redacted] 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: DEC  2005

                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT    DATE (23C,
                                  (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

           MISCELLANEOUS PENALTY           35,000.00        04-16-2007
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           29254-488-52399-7  20071408

           ADDITIONAL TAX ASSESSED               0.00       04-16-2007
           29254-488-52399-7  20071408

03-27-2007 XREF 100% PENALTY
           CVPN       200512
           [Redacted] 2132

03-27-2007 XREF 100% PENALTY
           CVPN       200512
           [Redacted] 3384

03-27-2007 XREF 100% PENALTY
           CVPN       200512
           [Redacted] 0466

03-27-2007 XREF 100% PENALTY
           941        200512
           [Redacted] 9521

07-02-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-01-2007 MISCELLANEOUS PENALTY            9,179.00-
           ADJUSTMENT
           IRC 6672 TRUST FUND
           RECOVERY PENALTY/RELATED
           BUSINESS
           83254-615-53171-7

FORM 4340  (REV. 01-2002)            PAGE    1
```

DOJ 000878

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005

                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                       (REVERSAL)    (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------


10-04-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

10-12-2007 FEDERAL TAX LIEN

05-13-2008 RECEIVED POA/TIA

07-02-2008 REMOVED POA/TIA

07-25-2008 FEDERAL TAX LIEN

10-13-2008 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-12-2009 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-07-2010 RECEIVED POA/TIA

06-10-2010 RECEIVED POA/TIA

12-13-2010 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

01-03-2011 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                       EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005

                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                 (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------


           INTEREST ASSESSED                8,745.15       11-04-2013
           20134205

           INTEREST ASSESSED                1,049.73       11-03-2014
           20144205

11-21-2014 RECEIVED POA/TIA

01-07-2015 REMOVED POA/TIA

           INTEREST ASSESSED                1,102.72       11-09-2015
           20154205

04-19-2016 RECEIVED POA/TIA

04-20-2016 RECEIVED POA/TIA

06-17-2016 FEDERAL TAX LIEN

06-23-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

11-21-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-20-2017 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    3
```

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005

                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                   (REVERSAL)   (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------


03-17-2017 MISCELLANEOUS PENALTY                   20.00-
           ADJUSTMENT
           29254-488-53016-7

04-17-2017 STATUTE EXPIRED -                                36,698.60
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           $           36,698.60-

04-10-2017 LEGAL SUIT PENDING

04-17-2017 BALANCE DUE REINSTATED                          (36,698.60)

06-16-2017

04-16-2007 Statutory Notice of Balance Due

05-14-2007 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   4
```

DOJ 000881

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005

                                   ASSESSMENT,      PAYMENT,     ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                   (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due

06-13-2016 Statutory Notice of Intent to Levy

05-01-2017 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    5
```

DOJ 000882

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL UMEORAH                          EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005
------------------------------------------------------------------------


BALANCE        36,698.60
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Janice Williams*

PRINT NAME:_____ Janice Williams
            Accounting Operations Manager
TITLE:_____ Submission Processing
            Service Wide Delegation of Authority
DELEGATION ORDER:____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)                 PAGE    6

**United States**  **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: DEC 20 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending March 31, 2006 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000884

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                        EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR  2006

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)       (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

           MISCELLANEOUS PENALTY            64,498.38                05-12-2008
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           29254-514-52174-8  20081808

           ADDITIONAL TAX ASSESSED                          0.00     05-12-2008
           29254-514-52174-8  20081808

04-21-2008 XREF 100% PENALTY
           941        200603
           Redacted 9521

05-05-2008 XREF 100% PENALTY
           CVPN       200603
           Redacted 2132

05-05-2008 XREF 100% PENALTY
           CVPN       200603
           Redacted 0466

05-05-2008 XREF 100% PENALTY
           CVPN       200603
           Redacted 3384

05-13-2008 RECEIVED POA/TIA

07-02-2008 REMOVED POA/TIA

07-28-2008 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)               PAGE    1
```

DOJ 000885

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2006

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |

-----------------------------------------------------------------------------

07-25-2008 FEDERAL TAX LIEN

10-13-2008 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-12-2009 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-14-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

08-24-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE RETURN
           RECEIPT SIGNED

08-24-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

06-07-2010 RECEIVED POA/TIA

06-10-2010 RECEIVED POA/TIA

12-13-2010 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

01-03-2011 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: `Redacted` 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | INTEREST ASSESSED 20134205 | 14,949.89 | | 11-04-2013 |
| | INTEREST ASSESSED 20144205 | 2,612.73 | | 11-03-2014 |
| 11-21-2014 | RECEIVED POA/TIA | | | |
| 01-07-2015 | REMOVED POA/TIA | | | |
| | INTEREST ASSESSED 20154205 | 2,534.55 | | 11-09-2015 |
| 04-19-2016 | RECEIVED POA/TIA | | | |
| 04-20-2016 | RECEIVED POA/TIA | | | |
| 06-17-2016 | FEDERAL TAX LIEN | | | |
| 06-23-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 11-21-2016 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-13-2017 | LEGAL SUIT PENDING | | | |
| 05-01-2017 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
MICHAEL UMEORAH                        EIN/SSN:  Redacted  0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: MAR  2006

                                  ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT    DATE (23C,
                                  (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

03-17-2017 MISCELLANEOUS PENALTY                    20.00-
           ADJUSTMENT
           29254-514-53075-7

04-24-2017 LEGAL SUIT PENDING

11-24-2017 FEDERAL TAX LIEN

12-18-2017 FEES AND COLLECTION COSTS                64.00

05-12-2008 Statutory Notice of Balance Due

06-09-2008 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    4
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL UMEORAH                         EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: MAR  2006

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT,
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------

06-13-2016 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    5
```

DOJ 000889

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN:  Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: MAR  2006
-------------------------------------------------------------------------------


BALANCE        84,439.55

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____  Janice Williams
                      Accounting Operations Manager
TITLE:_____  Submission Processing
                      Service Wide Delegation of Authority
DELEGATION ORDER:____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/12/2017

FORM 4340  (REV. 01-2002)              PAGE    6
```

DOJ 000890

**United States**  **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:  DEC 2 0 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, Michael Umeorah, for Civil Penalty (Form CVPN), for the tax period ending June 30, 2006 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

DOJ 000891

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL UMEORAH                     EIN/SSN: [Redacted] 6340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2006

                                      ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                      (REVERSAL)      (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------


           MISCELLANEOUS PENALTY                     61,650.36     05-12-2008
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           29254-514-52386-8  20081808

           ADDITIONAL TAX ASSESSED                   0.00          05-12-2008
           29254-514-52386-8  20081808

04-21-2008 XREF 100% PENALTY
           941         200606
           [Redacted]9521

05-05-2008 XREF 100% PENALTY
           CVPN        200606
           [Redacted] 2132

05-05-2008 XREF 100% PENALTY
           CVPN        200606
           [Redacted] 0466

05-05-2008 XREF 100% PENALTY
           CVPN        200606
           [Redacted] 3384

05-13-2008 RECEIVED POA/TIA

07-02-2008 REMOVED POA/TIA

07-28-2008 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    1
```

DOJ 000892

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: JUNE 2006

```
                                   ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
```

07-25-2008 FEDERAL TAX LIEN

10-13-2008 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-12-2009 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-14-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

08-24-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE RETURN
           RECEIPT SIGNED

08-24-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE LEVY
           NOTICE ISSUED

06-07-2010 RECEIVED POA/TIA

12-13-2010 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

01-03-2011 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)          PAGE    2

DOJ 000893

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL UMEORAH                      EIN/SSN: [Redacted] 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN    TAX PERIOD: JUNE 2006

                                   ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                   (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------


01-17-2011 RECEIVED POA/TIA

           INTEREST ASSESSED            14,289.75             11-04-2013
           20134205

           INTEREST ASSESSED             2,306.20             11-03-2014
           20144205

01-26-2015 RECEIVED POA/TIA

01-07-2015 REMOVED POA/TIA

           INTEREST ASSESSED             2,422.62             11-09-2015
           20154205

04-19-2016 RECEIVED POA/TIA

04-20-2016 RECEIVED POA/TIA

06-17-2016 FEDERAL TAX LIEN

06-23-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

11-21-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-13-2017 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)              PAGE    3
```

DOJ 000894

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL UMEORAH                    EIN/SSN: Redacted 0340


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: JUNE 2006

                                   ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

05-01-2017 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

03-17-2017 MISCELLANEOUS PENALTY                    20.00-
           ADJUSTMENT
           29254-514-53005-7

04-24-2017 LEGAL SUIT PENDING

11-24-2017 FEDERAL TAX LIEN

05-12-2008 Statutory Notice of Balance Due

06-09-2008 Statutory Notice of Intent to Levy

10-04-2010 Statutory Notice of Balance Due

10-29-2012 Statutory Notice of Balance Due

11-04-2013 Statutory Notice of Balance Due

11-03-2014 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

DOJ 000895